

TIMOTHY R MYERS - 96601
MIDDLESEX COUNTY ADULT CORRECTION CENTER
POST OFFICE BOX 266
NEW BRUNSWICK, NEW JERSEY 08903

19 CR 73

Honorable Michael Roemer,                          May 1st, 2019

    I hope this letter finds your office staff and yourself doing well. I last wrote to your office on April 11th, 2019 regarding a Federal Arrest warrant on myself, i have not recieved any response back on this matter.

    I would like to if possible under your discrection to move this matter from the Western Disdrict of NY(Buffalo) to closer where i Live and my fiance and family, which is New Jersey or even NYC? I would greatly appriciate your attention and respect in this matter.

    At this time i am somewhat aware of the charges but will be disputing, and or looking to eliminate any and all charges. I have my families support and hope to return home soon. Currently i am incarcerated at the Middlesex County Jail in North Brunswick NJ on an unrelated offense. I am scheduled to be released on June 26th, 2019 or earlier with a possible dismissal of charges.

    During the last several weeks i have been in contact with Agent Justin Burnham about the matter mentioned above that are warranted. I have recieved substantial evidence from John Betzlet stating that he is responsible for the warrants in my matter. I am just asking for a response to please change the venue to closer to where my family and I reside.

    Thank you in advance for your time in this matter.

Timothy R Myers - 96601

Case#- 18-MJ-5225

DOB- 12.04.1984

                                 Kind Regards,

                                 Timothy R Myers

Agent Burnham contacted on April 4th

NAME TIMOTHY R MYERS    MC#9 6 6 0 1
HOUSING UNIT  - B -
ADULT CORRECTION CENTER
P.O. BOX 266
NEW BRUNSWICK, NJ 08903

--INDIGENT--
--LEGAL MAIL--

ZIP 08902 $ 000.50
02 4W
0000353365 MAY 01 2019

HONORABLE MICHAEL J. ROEMER
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
2 NIAGARA SQUARE
BUFFALO, NEW YORK 14202

14202$3350 C030